**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7424**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAYMOND H. MCDONALD,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Dennis W. Shedd, District Judge.
(CR-91-552, CA-00-3944-4-19)

———————————

Submitted:  January 17, 2002        Decided:  January 28, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Raymond H. McDonald, Appellant Pro Se.  Alfred William Walker
Bethea, Assistant United States Attorney, Florence, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond H. McDonald appeals the district court's order granting summary judgment in part to the Government on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We therefore deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2